# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 76 EM 2020

Respondent :

v. :

STEPHEN PALMER, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2020, the "Application to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.